**F. M. ROBERTSON, Trustee in Bankruptcy of BLUFF CITY ENGRAVING CO., v. F. W. CRAWFORD.**

No. 6393.

Circuit Court of Appeals, Sixth Circuit.

Feb. 7, 1934.

Eugene Lerner, of Memphis, Tenn., for appellant.

McDonald & McDonald, of Memphis, Tenn., for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.